IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                               PLAINTIFF

Vs.                 CASE NO. 4:04cr00147-11 GH

RAUL GASTELUM-BORJA                              DEFENDANT

## ORDER

The defendant in the above-styled case is not well-versed in the English language and is unable to understand and comprehend the proceedings being conducted. The Court finds that an interpreter should be appointed, pursuant to Rule 28 of the Federal Rules of Criminal Procedure, to enable the defendant to communicate with and comprehend the presiding judicial officers, other parties and counsel at any time necessary out of court and in all proceedings conducted in court

Therefore, the Court appoints Arkansas Spanish Interpreters & Translators, Post Office Box 55928, Little Rock, Arkansas 72215, 501.312.1300, to assist the defendant, counsel, and the Court at any time and in all court proceedings in this case.

IT IS SO ORDERED THIS 23th of May, 2006, nunc pro tunc to April 27, 2006.

                                                 _[signature]_
                                          UNITED STATES MAGISTRATE JUDGE